904 A.2d 857

Charles GARRISON, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.

No. 77 MAP 2006.

Supreme Court of Pennsylvania.

July 27, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 27th day of July, 2006, probable jurisdiction is noted and the order appealed is affirmed.